UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

ASHLEY WHITE

VERSUS

MICHAEL ASTRUE, COMMISSIONER
OF SOCIAL SECURITY

CIVIL ACTION

NO. 07-97-C

### RULING

The court, after carefully considering the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Docia L. Dalby dated February 19, 2008, to which no objection has been filed, hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein.

Accordingly, the decision of the Commissioner denying supplemental security insurance benefits (SSI) will be affirmed, and the complaint of Ashley White will be dismissed, with prejudice, and pursuant to the fourth sentence of 42 U.S.C. § 405(g), a final judgment will be entered affirming the decisions of the Commissioner denying benefits.

Baton Rouge, Louisiana, March 31, 2008.

RALPH E. TYSON, CHIEF JUDGE
MIDDLE DISTRICT OF LOUISIANA